Mark Brnovich
Attorney General
Firm Bar No. 14000

Joseph E. La Rue (031348)
  *Senior Litigation Counsel*
Kara Karlson (029407)
  *Assistant Attorney General*
2005 North Central Avenue
Phoenix, AZ  85004-1592
Telephone (602) 542-4951
Facsimile (602) 542-4385
joseph.larue@azag.gov
kara.karlson@azag.gov
adminlaw@azag.gov

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Miracle; Rose Smallcanyon; Czaria Lord; Lonnie Arrington; Mendon Dornbrook; Mary Katz; NextGen Climate Action; and Arizonans for Fair Lending (Our Voice, Our Vote Arizona, LUCHA),<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendant. | Case No: 2:19-cv-04694-SRB<br><br>**RESPONSE TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD (DOC. 32)** |

Defendant Arizona Secretary of State Katie Hobbs (the "Secretary") files this Response to reserve her right to file a motion to strike portions of Plaintiffs' supplemental declarations, should this Court grant Plaintiffs' Motion to Supplement the Record (Doc. 32).

1      The Secretary takes no position on whether this Court should grant Plaintiffs'
2  motion. The Secretary moved to dismiss Plaintiffs' complaint because, as a matter of
3  law, the Act challenged by Plaintiffs does not offend the First or Fourteenth
4  Amendments, nor unduly burden the right to vote, as Plaintiffs alleged in their
5  complaint. (Doc. 16, Motion to Dismiss.) Accordingly, the Secretary's position is that
6  the question before the Court is one of pure law, and should be decided as such.

7      Still, it is important that there be a clean record in this matter. Accordingly,
8  should the Court grant Plaintiffs' motion, the Secretary intends to file a motion to strike
9  portions of the supplemental declarations that do not comply with the Rules of Evidence.

10     Respectfully submitted this 10th day of December, 2019.

Mark Brnovich
Attorney General

By:

 s/ Joseph E. La Rue
Joseph E. La Rue
Kara Karlson
*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

**CERTIFICATE OF SERVICE**

The foregoing was e-filed with the Clerk of the Federal Court for the District of Arizona using the CM/ECF System on December 10, 2019, which served all counsel:

Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
SGonski@perkinscoie.com

Elisabeth C. Frost (WDC# 1007632)*
Uzoma N. Nkwonta (WDC# 975323)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
EFrost@perkinscoie.com
UNkwonta@perkinscoie.com

*Counsel for Plaintiffs*

  s/ Misty Keys

PHX - #8401198