# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Miracle, et al., | No. CV-19-04694-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

The Court has reviewed Plaintiffs' Motion to Supplement the Record and Defendant's Response.

IT IS ORDERED denying Plaintiffs' Motion to Supplement the Record. (Doc. 32)

Dated this 16th day of December, 2019.

_____
Susan R. Bolton
United States District Judge