Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile:  602.648.7000
SGonski@perkinscoie.com
DocketPHX@perkinscoie.com

Elisabeth C. Frost (WDC Bar No. 1007632)*
Uzoma N. Nkwonta (WDC Bar No. 975323)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211
EFrost@perkinscoie.com
UNkwonta@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Miracle; et al., | No. 2:19-cv-04694-SRB |
| Plaintiffs, | |
| v. | **PRELIMINARY INJUNCTION APPEAL** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order denying Plaintiffs' Motion for Preliminary Injunction and granting in part Defendant's Motion to Dismiss (Doc. 36), entered in the above-captioned action on December 16, 2019, attached hereto as **Exhibit A**.

Plaintiffs' Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as **Exhibit B**.

| | | |
|---|---|---|
| 1 | DATED: December 17, 2019 | s/ *Sarah R. Gonski* |
| 2 | | Sarah R. Gonski (Bar No. 032567)<br>**PERKINS COIE LLP** |
| 3 | | 2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788 |
| 4 | | Elisabeth C. Frost (WDC Bar No. 1007632)* |
| 5 | | Uzoma N. Nkwonta (WDC Bar No. 975323)*<br>**PERKINS COIE LLP** |
| 6 | | 700 Thirteenth Street NW, Suite 600<br>Washington, D.C. 20005-3960 |
| 7 | | *Admitted pro hac vice* |
| 8 | | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                                                   s/ D. Freouf