# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Miracle, et al., | No. CV-19-04694-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

The Court has reviewed Plaintiffs' Emergency Motion for Injunction Pending Appeal and Defendant's Response to Plaintiffs' Request to Expedite Briefing on Plaintiffs' Emergency Motion for Injunction Pending Appeal (Doc. 41).

IT IS ORDERED that Defendant may have until **December 26, 2019** to file her Response. Plaintiffs may have until **January 2, 2020** to Reply.

Dated this 18th day of December, 2019.

_____
Susan R. Bolton
United States District Judge