Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile:  602.648.7000
SGonski@perkinscoie.com
DocketPHX@perkinscoie.com

Elisabeth C. Frost (WDC Bar No. 1007632)*
Uzoma N. Nkwonta (WDC Bar No. 975323)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211
EFrost@perkinscoie.com
UNkwonta@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Miracle; et al., | No. 2:19-cv-04694-SRB |
| Plaintiffs, | |
| v. | **NOTICE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(1)(B)** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

In accordance with Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiffs hereby notify the Court that, having previously obtained the transcripts of relevant portions of the record on appeal, Plaintiffs do not intend to order additional transcripts at this time.

. . .

. . .

. . .

. . .

| | | |
|---|---|---|
| 1 | DATED: December 20, 2019 | s/ Sarah R. Gonski |
| 2 | | Sarah R. Gonski (Bar No. 032567) **PERKINS COIE LLP** |
| 3 | | 2901 North Central Avenue, Suite 2000 Phoenix, Arizona 85012-2788 |
| 4 | | Elisabeth C. Frost (WDC Bar No. 1007632)* |
| 5 | | Uzoma N. Nkwonta (WDC Bar No. 975323)* **PERKINS COIE LLP** |
| 6 | | 700 Thirteenth Street NW, Suite 600 Washington, D.C. 20005-3960 |
| 7 | | *Admitted pro hac vice* |
| 8 | | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                                                s/ D. Freouf