No. 19-17513

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSICA MIRACLE, et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br>v.<br><br>KATIE HOBBS, in her official capacity as Arizona Secretary of State,<br><br>　　　　Defendant-Appellee. | On Appeal from the United States District Court for the District of Arizona<br><br>No. 2:19-cv-04694-SRB |

## NOTICE OF WITHDRAWAL OF COUNSEL

　　　　　　　　　　　　　　　　Mark Brnovich
　　　　　　　　　　　　　　　　　Attorney General of Arizona

　　　　　　　　　　　　　　　　Joseph E. La Rue
　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　Drew C. Ensign
　　　　　　　　　　　　　　　　　Deputy Solicitor General
　　　　　　　　　　　　　　　　Kara Karlson
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　2005 North Central Avenue
　　　　　　　　　　　　　　　　Phoenix, AZ 85007
　　　　　　　　　　　　　　　　Telephone: (602) 542-4951
　　　　　　　　　　　　　　　　Fax:  (602) 542-4385
　　　　　　　　　　　　　　　　kara.karlson@azag.gov
　　　　　　　　　　　　　　　　joseph.larue@azag.gov
　　　　　　　　　　　　　　　　adminlaw@azag.gov

　　　　　　　　　　　　　　　　*Attorneys for Defendant-Appellee*
　　　　　　　　　　　　　　　　*Katie Hobbs*

**PLEASE TAKE NOTICE** that Assistant Attorney General Joseph E. La Rue has accepted a position with another law office and so withdraws as counsel for Defendant-Appellee Arizona Secretary of State Katie Hobbs in this matter.

Deputy Solicitor General Drew Ensign and Assistant Attorney General Kara Karlson continue their representation of the Secretary.

RESPECTFULLY SUBMITTED this 23rd day of December, 2019.

        MARK BRNOVICH
        ARIZONA ATTOREY GENERAL

        by:

          s/ Joseph E. La Rue
        Joseph E. La Rue
        Senior Litigation Counsel
        Drew C. Ensign
        Deputy Solicitor General
        Kara Karlson
        Assistant Attorney General
        *Attorneys for Defendant-Appellee Arizona*
        *Secretary of State Katie Hobbs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above Notice of Withdrawal of Counsel with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 23rd, 2019. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 23rd, 2019

                                                 s/ Joseph E. La Rue