1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

7
8

Jessica Miracle, et al.,

No. 2:19-cv-04694-SRB

Plaintiffs,

v.

Katie Hobbs, in her official capacity as Arizona Secretary of State,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY PENDING THE RESOLUTION OF APPEAL**

The Court having reviewed the Unopposed Motion to Stay Discovery Pending the Resolution of Appeal, and finding good cause,

IT IS ORDERED granting the Unopposed Motion to Stay Discovery Pending the Resolution of Appeal. (Doc. 52)

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set on February 4, 2020.

Dated this 7th day of January, 2020.

_____
Susan R. Bolton
United States District Judge