1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jessica Miracle, et al.,

                Plaintiffs,

v.

Katie Hobbs,

                Defendant.

No. CV-19-04694-PHX-SRB

**ORDER**

The Court has reviewed Plaintiffs' Motion for Reconsideration (Doc. 51).

IT IS ORDERED that Defendant file a Response to Plaintiffs' Motion for Reconsideration no later than 10 days from the date of this Order.

Dated this 23rd day of January, 2020.

Susan R. Bolton
United States District Judge