Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
SGonski@perkinscoie.com
DocketPHX@perkinscoie.com

Elisabeth C. Frost (WDC# 1007632)*
Uzoma N. Nkwonta (WDC# 975323)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
EFrost@perkinscoie.com
UNkwonta@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Miracle; *et al.*, | No. 2:19-cv-04694-SRB |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

Plaintiffs Jessica Miracle, Rose Smallcanyon, Czaria Lord, Lonnie Arrington, Mendon Dornbrook, Mary Katz, NextGen Climate Action, and Arizonans for Fair Lending (Our Voice, Our Vote Arizona, LUCHA), hereby submit this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This notice takes effect without a court order because Defendant in this matter has not served "an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). And because no plaintiff has

"previously dismissed any federal- or state-court action based on or including the same claim," this dismissal "is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Dated: May 4, 2020

*s/ Sarah R. Gonski*
Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Elisabeth C. Frost (WDC# 1007632)*
Uzoma N. Nkwonta (WDC# 975323)*
Perkins Coie LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960

**Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

*s/ Michelle DePass*